

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2019

No. 04-17-00223-CV

Maria Lidia **GONZALEZ**, et al.,
Appellants

v.

**ESTATE OF IDELFONSO RAMIREZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6215
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice (not participating)
Liza A. Rodriguez, Justice

The plaintiffs-appellants' and intervenors-appellants' motion for rehearing en banc is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court